**Denied and Opinion Filed December 14, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01406-CV

### IN RE CRITTER CONTROL, INC. AND KEVIN CLARK, Relators

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05281**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Schenck
Opinion by Justice Myers

In this petition for writ of mandamus relators request that the Court order the trial court to strike the general denial filed on its behalf by the law firm Kane Russell Coleman & Logan PC, reinstate the special appearance filed on its behalf by the law firm Thompson, Coe, Cousins & Irons, L.L.P. and determine the special appearance on its merits. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relators have not established a right to relief. We deny the petition.

151406F.P05

/Lana Myers/
LANA MYERS
JUSTICE